1998 Dodge Ram 1500

RECEIVED

JUN 3 0 2015

COURT OF APPEALS
SECOND-DISTRICT OF TEXAS
DEBRA SHISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
JUN 3 0 2015
DEBRA SHISAK, CLERK

-V-

Court of appeals # 02-15-00192-CV
Second District of Texas
401 West Belknap St.
Tarrant County, Texas

The State of Texas

Answer

Comes now Tyndall Y. Clark, Pro se, Respondant therein, respectfully asks this Court permississian to file his answer, Out Of time in response Showing grounds For continuing Appeal, Respondant States and shows the Court:

#1 Respondant admits that he has Vested intrest in the property as the owner of record, more specifically 1998 Dodge Ram 1500 bearing VIN # 3B7HC12Y8WM236940, and Contents therein

#2 Respondant Denies, James Stuart Tucker has any intrest therein.

#3 Respondant admits that property "A" was Seized by law enforcement.

#4 Respondand denies Property "A" is Contraband and is subject to Forfeiture under Chapter 59 of Texas Code of Criminal Proceedures

#4 Continued- as proceeds gained from the Commission of a felony.

#5 Respondant admits and has witnesses verify property "A" was purchased from Jose Garcia/ Tammy Garcia for a sum of one thousand two hundred and 50 dollars and had bill of sale.

#6 Respondant admits bill of sale has been lost due to Respondants term of incarceration

#7 Respondandnt admits in part and denies in part the allegations Contained in Paragraph IV of states Petition. Respondant admits Property "A" was seized by Peace officer of the State of Texas, However Respondandt denies the State of Texas is entitled to have Property "A" forfeited and title rendered to State of Texas ET. AL.

## AFFiMAtiVE DEFENCE

#1
The Subject Matter Property "A" was illegally Seized in Violation of the 4th Amendment of the United States Constitution and Section #9 of the Texas Constitution

#2 Respondant is an "Innocent owner" more

#2 Continued - specifically, Property "A" was unlawfully given to James Stuart Tucker with out Verbal or Written Consent of Respondant due to respondants presence in a 42 Med Star Emergency Transport Ambeance, by Saginaw Patrool Officer of the Police Department

#3 Respondant admits that he was in no manner involved in the alleged illegal conduct which is the basis for the Seizure and Forfeiture.

#4 Respondant retains rights to appeal the Courts decision and rulings as Notice of appeal was entered.

## Prayer For Relief

Wherefore Premises Concidered, Respondant Respectfully Prays the Courts allow Him To file His Answer, Out of time. Further-more that this Court grant Respendants appeal and enter Judgment in His Favor, Retuurning Said Property "A" and the Contents therein and that The State abstain from this action. Respondant further ask for any further Judicial relief allowed by law.

Submitted by

Lyndoll T Clark
Lyndoll T. Clark
#0057317
100 North Lamar St.
Fort Worth, Texas 76196

Respondant Pro Se


Certificate of Service

I, Lyndoll T. Clark, upon oath, certify that a true and correct copy of the above Instrument was served on the following Parties, Sent by United States Postal Services, Postage Paid:

Dated June 29-2015

Lyndoll T Clark

Respondant Pro Se

Parties:

Kent Moore
Deputy Clerk

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
Tim Curry Criminal Justice Center
401 West Belknap Street
Suite 9000
Fort Worth Texas
76196

DEBRA SPISAK
CLERK OF Court
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
Tim Curry Criminal Justice Center
401 West Belknap Street
Fort Worth Texas
76196

C.C. Thomas A. WILDER
CLERK OF District Court
Tarrant County Texas
401 West Belknap Street
Fort Worth Texas
76196

VALERIE BASTON
A.D.A. Tarrant County District Attorney
Civil Division
P.O. Box 24148
Fort Worth Texas
76196